1  **WILLIAM H. COLLIER, JR., CASB No. 97491**
   william.collier@kyl.com
2  **MOMO E. TAKAHASHI, CASB No. 238965**
   momo.takahashi@kyl.com
3  **KEESAL, YOUNG & LOGAN**
   **A Professional Corporation**
4  **400 Oceangate, P.O. Box 1730**
   **Long Beach, California 90801-1730**
5  **Telephone:      (562) 436-2000**
   **Facsimile:      (562) 436-7416**
6
7  **Attorneys for Defendant**
8  **BAKER HUGHES INCORPORATED**

9

10              **UNITED STATES DISTRICT COURT**

11              **EASTERN DISTRICT OF CALIFORNIA**

12

13  **PETROMINERALS**              ) Case No. 2:06-CV-2244
    **CORPORATION, A Delaware**    )
14  **Corporation doing business in** ) **STIPULATION FOR REMAND**
    **California; CALIFORNIA OIL**  ) **TO SUPERIOR COURT AND**
15  **INDEPENDENTS, INC., a**       ) **FOR FURTHER PROCEEDINGS**
    **California Corporation,**     ) **THEREON; [**~~PROPOSED~~**]**
16                                  ) **ORDER**
                        **Plaintiffs,** )
17                                  )
18              **vs.**             )
                                    )
19  **BAKER HUGHES**               )
    **INCORPORATED, a California**  )
20  **Corporation and DOES 1**     )
    **through 50, Inclusive,**     )
21                                  )
                        **Defendants.** )
22                                  )
    _____)
23

24

25      **Plaintiffs PETROMINERALS CORPORATION and**

26  **CALIFORNIA OIL INDEPENDENTS, INC. ("Plaintiffs") and**

27  **Defendant BAKER HUGHES INCORPORATED ("Defendant"), by**

28  **and through their respective counsel of record, hereby submit the**

LB1067472

PDF created with pdfFactory trial version www.pdffactory.com

following Stipulation for Remand to Superior Court and Further Proceedings Thereon:

1.    WHEREAS, Defendant's counsel misconstrued information provided by the client in seeking removal of this action to the Court and consequently asserted existence of diversity jurisdiction where diversity does not in fact exist, and;

2.    WHEREAS, Defendant discovered its error and promptly apprised Plaintiffs' counsel of its error in seeking removal of this action; and;

3.    WHEREAS, the parties now desire to seek remand of the case to the Superior Court for Kern County from which this case was erroneously removed; and

4.    NOW THEREFORE, the parties hereby stipulate to remand this matter to the Superior Court of California, County of Kern, as initially filed – i.e., <u>Petrominerals Corporation, a Delaware corporation doing business in California; California Oil Independents, Inc., a California corporation v. Baker Hughes Incorporated, a Delaware corporation and DOES 1 through 50, inclusive, No. S-1500-CV 259006</u>.  The address of the courthouse from which this case was removed and to which it should be remanded is as follows:

Kern County Superior Court

1415 Truxtun Ave.

Bakersfield, California  93301

/ / /

/ / /

/ / /

LB1067472

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3          5.      The parties further stipulate that all pleadings filed
4  in
5  the Federal Eastern District Court be deemed filed in the Superior
6  Court of California, County of Kern as well.
7
8
9          IT IS SO STIPULATED.
10
11                                    /s/
12  DATED:  October <u>18</u>, 2006        WILLIAM H. COLLIER, JR.
                                      MOMO E. TAKAHASHI
13                                    KEESAL, YOUNG & LOGAN
                                      Attorneys for Defendant
14                                    BAKER HUGHES
                                      INCORPORATED
15
16
17
18  DATED:  October <u>18</u>, 2006        /s/
                                      GERALD M. LEVERETT
19                                    Attorneys for Plaintiffs
                                      PETROMINERALS
20                                    CORPORATION
                                      CALIFORNIA OIL
21                                    INDEPENDENTS, INC.
22
23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com

LB1067472

1

2          Good cause appearing, IT IS HEREBY ORDERED that the

3    case is hereby remanded to the Kern County Superior Court for

4    further proceedings.

5

6    DATED:  October 18, 2006

7

8                                    WILLIAM B. SHUBB
                                     UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LB1067472

PDF created with pdfFactory trial version www.pdffactory.com